FILED

JUN 12 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS

RONALD GRASON,                                )
                    PLAINTIFF                  )
                                               )
v                                              )      No. 23-cv-2130
                                               )
CITY OF DECATUR, And                           )
JULIE MOORE WOLFE, MAYOR,                       )
                                               )
                    DEFENDENTS                 )

## Complaint

PLAINTIFF ALLEGES a gross violation of 42 USC 1983
"violation of due process under color of authority",
and hereby seeks a temporary restraining order
without notice, followed by a preliminary injunction and
declaratory judgment for the following reasons:

1) RONALD GRASON RESIDES AT 357 W. DECATUR STREET,
   DECATUR, ILLINOIS

2) PLAINTIFF has been a customer for water service
   continuously since 2005.

3) On JUNE 8th 2023 The City of DECATUR by order
   of the MAYOR SHUT OFF WATER TO the RESIDENCE,
   although there were no defaults in payment.

4.) the CITY of DECATUR invoked a NEW provision in the
   MUNICIPAL CODE THAT WAS PASSED By the CITY COUNCIL NOT
   effective until September 1, 2023. As a basis for its action.
   This REQUIRES PERMISSION for water by the NEW OWNER,
   TOTALLY IRRELEVANT.

1

5) PLAINTIFF is a "Customer" for water service for the very reason as being in "possession and control of the property" City Code Chapter 64(I)(F)

6) DEPRIVING WATER SERVICE VIOLATES the EQUAL PROTECTION and due process provisions of the FOURTEENTH Amendment.

7) Ronald Grason, Plaintiff believes he is entitled to the aforementioned relief as follows:

   1) There is an ascertainable right to water service as being a Customer defined in the Code as a person in possession and control".

   2) Creating a highly unsanitary condition impairs the health and well being of the occupants, causing irreparable harm.

   3) More likely than not, there should be success on the merits since the City of Decatur appears not to have a leg to stand on.
   Plaintiff alleges its the duty of the government to provide for the health, welfare, morals, AND safety of the public, not the opposite.

   4) There cannot be any adequate remedy at law where an immediate danger to health is concerned

8) Hereby, Plaintiff seeks a temporary restraining order without notice and damages, also a declaratory Judgment on the constitutionality of the new provision since it must be strictly construed against Decatur.

2.

Humbly submitted By,

date June 12th, 2023  _Ronald J. Grason_

Ronald Grason, Plaintiff/Pro se

ADDENDUM: Plaintiff is entitled to equal protection under the Fourteenth Amendment and also the Illinois Constitution, Article XI Sec 2: "Each person has a right to a healthful environment. Each person may enforce this right against any party, governmental or private through appropriate legal proceedings..."

Ronald Grason

357 West Decatur Street

Decatur, Illinois 62522

(217) 790-8509

3

### MOTION FOR TEMPORARY RESTRAINT OREN EX PARTE:

For the reasons set forth in the complaint A TRO should Be issued without notice, namely;

1) Plaintiff has an ascertainable Right as forementioned

2) There is irreparable harm by shutting-off water

3) The evidence weighs heavily for the plaintiff being successful on the merits

4) Since the health of the occupants is being compromised and jeopardized, there is no adequate remedy at law.

This is an attempt by the City of Decatur to evict the occupants immediately without seeking the regular judicial processes by the owner. Wherefore plaintiff pleads the district court to grant the sought relief.

June 12, 2023

Ronald J Grason

Ronald Grason - Pro Se.

Ronald Grason
357 West Decatur Street
Decatur, Illinois 62522
(217) 790-8509

4

## AFFIDAVIT

RONALD GRASON VERILY STATES THAT this is his COMPLAINT UNDER 42 USC 1983 AND THAT THE FACTS ARE TRUE AND CORRECT. THE COMPLAINT states that his constitutional rights have been UNJUSTLY VIOLATED By the City of DECATUR And its Mayor, And that The PLAINTIFF TRULY BELIEVES THAT he is ENTITLED TO THE REMEDIES REQUESTED

June 12TH, 2023

_Ronald J Grason_

RONALD GRASON, PRO SE
AFFIANT

Signed and Sworn before me
this date June _____ , 2023

5

CERTIFICATE OF SERVICE

Upon filing of this complaint in the United State
District Court, Central Division OF Illinois, a copy
of all papers shall be mailed and also hand delivered
immediately to the attorney of Record For the
City of Decatur and Also Office of the mayor:

JEROLD H. STOCKS
101 South STATE STREET
Ste. 240
Decatur, Illinois 62523

Office of the mayor
1 GARY ANDERSON PLAZA
DECATUR, Illinois 62523

June 12th, 2023                    RONALD GRASON, PROSE